STATE OF VERMONT

**USDC - DVT**
**2:25-cv-339**

| | |
|---|---|
| SUPERIOR COURT<br>WASHINGTON UNIT | CIVIL DIVISION |

| | |
|---|---|
| SunCommon II, LLC<br>　　Plaintiff<br><br>v.<br><br>Alexander Grayson,<br>　　Defendant | Civil Action No. 25-CV-01267 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Margaret Villeneuve, Clerk of Court
　　　Vermont Superior Court
　　　Washington Unit, Civil Division
　　　65 State Street, Montpelier, VT 05602

　　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, DEFENDANT ALEXANDER GRAYSON by and through his attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's Office of the United States District Court for the District of Vermont, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statutes, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**ALEXANDER GRAYSON**

　　　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.,

Date:  March 22, 2025　　　　　By:　/s/ John D. Prendergast
　　　　　　　　　　　　　　　　　　　　John D. Prendergast (VT Bar No. 5621)
　　　　　　　　　　　　　　　　　　　　100 International Drive, Suite 363
　　　　　　　　　　　　　　　　　　　　Portsmouth, NH 03801
　　　　　　　　　　　　　　　　　　　　Direct - 603.559.2705
　　　　　　　　　　　　　　　　　　　　john.prendergast@jacksonlewis.com

## Certificate of Service

I hereby certify that the foregoing was served by electronic filing to all parties.

Date:   March 22, 2025            By:   /s/ John D. Prendergast
                                              John D. Prendergast

4938-2745-7069, v. 1

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| SunCommon II, LLC<br>　　Plaintiff<br><br>v.<br><br>Alexander Grayson,<br>　　Defendant | Civil Action No. _____ |

### NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, DEFENDANT ALEXANDER GRAYSON, by and through his attorneys, JACKSON LEWIS P.C., hereby removes this action from the Superior Court, Civil Division, Washington Unit, of the State of Vermont to the United States District Court for the District of Vermont.

In support of this Notice of Removal, Defendant states as follows:

1. By Complaint filed on or about March 21, 2025, Plaintiff SunCommon II, LLC, instituted claims against Defendant in the Superior Court, Civil Division, Washington Unit, pleading claims for injunctive relief and breach of contract, and simultaneously moving for a temporary restraining order and preliminary injunction. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint is attached as Exhibit A, certified copies of which will be forwarded upon receipt of the state court record. A copy of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is attached as Exhibit B.

2. **Defendant disputes that Plaintiff is intitled to temporary or preliminary injunctive relief and will object to the Motion for Temporary Restraining Order and Preliminary Injunction. Defendant asks that the Court set a briefing schedule and not grant injunctive relief without affording Defendant the opportunity to object.**

3. Pursuant to 28 U.S.C. § 1446, this notice of removal is timely filed one day after the action was initiated, and the Plaintiff sent courtesy copies of the attached pleadings to the undersigned counsel.

4. Defendant has not served any answer or responsive pleading to the Complaint.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) and §1441(a), and it may be removed to this Court by Defendant because, upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs, and there exists complete diversity of citizenship between the parties in that:

    a. According to the Complaint, Plaintiff is a Delaware Limited Liability Company with a principal place of business at 442 US-2, Waterbury, Vermont 05676. An Affidavit of Joshua Sanger is attached to the Motion for Temporary Restraining Order and Preliminary Injunction. Mr. Sanger identifies himself as the owner of Clean Royalties, the parent company of SunCommon II, LLC. Upon information and belief, Mr. Sanger is a citizen of Texas.

    b. Defendant is a citizen of New York.

    c. A reasonable reading of the Complaint establishes that the $75,000 amount in controversy requirement under 28 U.S.C. §1332(a)(1) is satisfied.

6. As this action could have been commenced in this Court, removal is proper. 28 U.S.C. §1441(a).

7. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

                                              Respectfully Submitted,

                                              **ALEXANDER GRAYSON**

                                              By his attorneys,

                                              JACKSON LEWIS P.C.,

Date:  March 22, 2025                By:   /s/ John D. Prendergast
                                                          John D. Prendergast (VT Bar No. 5621)
                                                          100 International Drive, Suite 363
                                                          Portsmouth, NH 03801
                                                          Direct - 603.559.2705
                                                          john.prendergast@jacksonlewis.com

                                              **Certificate of Service**

    I hereby certify that the foregoing was served by electronic filing to all parties.

Date:  March 22, 2025                By:   /s/ John D. Prendergast
                                                          John D. Prendergast

4898-7406-3661, v. 1